# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32371**

————————————

## UNITED STATES
*Appellee*

v.

## Thaddeus L. WIREMAN
Airman (E-2), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 1 March 2017

————————————

*Military Judge:* Mark M. Milam (sitting alone).

*Approved sentence:* Bad-conduct discharge, confinement for three months, and reduction to E-1. Sentence adjudged 24 November 2015 by SpCM convened at Keesler Air Force Base, Mississippi.

*For Appellant:* Major Johnathan D. Legg, USAF.

*For Appellee:* Gerald R. Bruce, Esquire.

Before DREW, J. BROWN, and MINK, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court